**MORRISON | FOERSTER**

250 WEST 55TH STREET
NEW YORK, NY 10019-9601

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

BEIJING, BERLIN, BRUSSELS, DENVER,
HONG KONG, LONDON, LOS ANGELES,
NEW YORK, NORTHERN VIRGINIA,
PALO ALTO, SACRAMENTO, SAN DIEGO
SAN FRANCISCO, SHANGHAI, SINGAPORE
TOKYO, WASHINGTON, D.C.

July 31, 2015

Writer's Direct Contact
+1 (212) 506.7341
NRosenbaum@mofo.com

Judge Katherine Polk Failla
United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: <u>Karen Michele Rozier v. ResCap Borrower Claims Trust,</u> Case No. 1:15-cv-03248-KPF

To The Honorable Katherine Polk Failla, U.S.D.J.:

The ResCap Borrower Claims Trust (the "Trust") submits this letter seeking guidance from the Court with respect to the appendix that the Trust, as appellee, may file pursuant to Federal Rule of Bankruptcy Procedure 8018 with its appellate brief, filed July 30, 2015 [Appeal ECF# 13] in connection with the above-referenced appeal.

Last evening, the Trust filed electronically an appellee appendix consisting of a table of contents of the items it believes appellant Karen Michele Rozier left out of the appendix she filed in connection with her appellant brief. These items primarily consist of the objection the Trust filed to Ms. Rozier's proofs of claim and related pleadings, as well as the transcript of the hearing on the matter. All of these items are part of the original record on appeal before this Court, as they were included as part of the designations of record on appeal [Appeal ECF# 4, 5]. Given the large size of these documents, the Trust was having difficulty electronically filing the actual documents last evening. Accordingly the Trust requests that the Court advise it as to whether it is necessary to submit electronic versions of each listed item, to be appended to an amended appellee appendix, or whether the Court will look to the material that is part of the original record on appeal for reference of these items, pursuant to Federal Rule of Bankruptcy Procedure 8018(e).

Respectfully submitted,

/s/ Norman S. Rosenbaum
Norman S. Rosenbaum

Cc: Karen Michele Rozier (email)

ny-1198429